## SCOTT *against* STACKHOUSE.

### ON CERTIORARI.

It is no answer to a plea of the statute of limitations, that the defendant has been discharged under an insolvent law.

* NOTE.—This case partially overruled in *Den ex dem. Sheppard* v. ———, 2 *Halst.* 161.

*Per Curiam.* The question in this case is, whether a person discharged under an insolvent law, can plead the statute of limitations to a debt due before?

I am not disposed to encourage a plea of this nature, when there is no pretence that the money has been paid, but the statute does not contain any exceptions of this kind, and we cannot make them. The plaintiff might at any time have prosecuted for his debt and obtained judgment. *Hartwell* v. *Vere*, 2 *Bl. Rep.* 1307.